IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| E-WATCH, INC. AND<br>E-WATCH CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS<br>U.S.A., INC. AND LG ELECTRONICS<br>MOBILECOMM U.S.A.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§ Civil Action No. 2:13-cv-01064<br>§<br>§<br>§ **Jury Trial Demanded**<br>§<br>§<br>§<br>§<br>§ |

### STIPULATION OF ACCEPTANCE OF SERVICE AND
### JOINT STIPULATED MOTION TO EXTEND TIME TO ANSWER

Plaintiffs e-Watch, Inc. and e-Watch Corporation and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., jointly come before the Court and stipulate that:

- Defendant LG Electronics, Inc. agrees to waive formal service of process pursuant to the Hague convention and consents to service in this action by delivery of the amended complaint via electronic mail to counsel of record for Defendant LG Electronics, Inc., as reflected in the signature block below;

- Defendant LG Electronics U.S.A., Inc. was served with the summons and the amended complaint in this action on January 8, 2014; and,

- Defendant LG Electronics MobileComm U.S.A. was served with the summons and the amended complaint in this action on January 8, 2014.

In return for the above, Plaintiffs agree to extend the time within which all named Defendants must file answers. Pursuant to Local Rule CV-12, the parties jointly move the Court to set the date by which Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG

Electronics MobileComm U.S.A. will file their answers to April 7, 2014.

DATED: January 28, 2014

Respectfully submitted,

| **COUNSEL FOR E-WATCH, INC., AND E-WATCH CORPORATION** | **COUNSEL FOR LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC. AND LG ELECTRONICS MOBILECOMM U.S.A.** |
|---|---|
| */s/ Christopher V. Goodpastor* | */s/ Kevin Wheeler* |
| Christopher V. Goodpastor | Michael J. McKeon |
| State Bar No. 00791991 | D.C. Bar No. 459780 |
| LEAD ATTORNEY | McKeon@fr.com |
| Mikal C. Watts | Kevin Wheeler |
| State Bar. No. 20981820 | D.C. Bar No. 992118 |
| WATTS GUERRA LLP | Wheeler@fr.com |
| 811 Barton Springs Road, Suite 725 | Brian Livedalen |
| Austin, Texas 78704 | D.C. Bar No. 1002699 |
| Telephone: (512) 479-0500 | Livedalen@fr.com |
| Facsimile: (512) 479-0502 | FISH & RICHARDSON |
| Email: cgoodpastor@wattsguerra.com | 1425 K Street, NW |
| mcwatts@wattsguerra.com | 11th Floor |
|  | Washington, DC 20005 |
| Francisco Guerra, IV | Telephone: (202) 783-5070 |
| State Bar No. 00797784 | Facsimile: (202) 783-2331 |
| WATTS GUERRA LLP |  |
| 300 Convent Street, Suite 100 |  |
| San Antonio, Texas 78205 |  |
| Telephone: (210) 527-0500 |  |
| Facsimile: (210) 527-0501 |  |
| Email: fguerra@wattsguerra.com |  |

Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Chester J. Shiu
State Bar No. 24071126
Stefanie T. Scott
State Bar No. 24061617
Gregory S. Donahue
State Bar No. 24012539
DINOVO PRICE ELLWANGER
& HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com
aprice@dpelaw.com
cshiu@dpelaw.com
sscott@dpelaw.com
gdonahue@dpelaw.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com

**ORDER SETTING ANSWER DEADLINES**
**FOR DEFENDANTS LG ELECTRONICS, INC.,**
**LG ELECTRONICS U.S.A., INC. AND LG ELECTRONICS MOBILECOMM U.S.A.**

The Court, having considered the Joint Stipulated Motion to Extend Time to Answer Plaintiff's Amended Complaint filed by Plaintiffs e-Watch, Inc. and e-Watch Corporation and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., finds that good cause exists for the requested extensions, and accordingly is of the opinion that the motion in all respects should be GRANTED.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED** that Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics MobileComm U.S.A., shall file their answers on or before April 7, 2014.